Argued December 7—decided December 7, 1976

AUGUST P. MAYKUT *v.* GARY SLATTERY ET AL.

The plaintiff's motion to dismiss the defendants' cross appeal filed April 27, 1976, from the Superior Court in Fairfield County, which motion was rear-

gued this date, is granted unless the defendants on or before December 28, 1976, file their request for a finding and draft finding.

*J. Daniel Sagarin,* for the appellees-appellants (defendants).

*Raphael Korff,* for the appellant-appellee (plaintiff).

Reargued December 7—decided December 7, 1976